892

■ ANNIE WESTERMAN, Respondent, v. CHARLES WESTERMAN et al., Defendants, and MICHAEL DIETZ et al., Appellants.— Appeal from an order denying appellants' motion to dismiss the amended complaint pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice. Order reversed, with $10 costs and disbursements, and motion granted. There is no present necessity for a declaratory judgment in an action to uphold an inchoate right of dower. (*Buffington* v. *Mayper*, 235 App. Div. 866.) Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ EDWARD J. YAVORSKY, Appellant, v. ALEXANDER SMITH & SONS CARPET COMPANY, Respondent.— Action to recover damages for personal injuries suffered when appellant fell while crossing respondent's private way which connects two public streets. It was raining at the time, and the way was unlighted. Appellant's foot contacted a cobblestone which was one of a line of such stones constituting a drain on the way. The conditions on the way had existed for at least ten years, to appellant's knowledge. Appellant was using the way as a short cut for his own convenience. The evidence is undisputed. At the close of the entire case, the court granted a motion to dismiss the complaint on the grounds that there was no duty owing to appellant from respondent and that the evidence is legally insufficient to establish a dangerous condition on the way or appellant's freedom from contributory negligence. The appeal is from the judgment entered thereon. Judgment unanimously affirmed, with costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

## (March 12, 1956)

■ FRED CHRISTENSEN, Appellant, v. PITTSTON STEVEDORING CORPORATION, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ. [See *ante*, p. 787.]

■ In the Matter of REUBEN FUCHS et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ. [See *ante*, p. 785.]

■ In the Matter of UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant. JULIUS PAULL et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. [See *ante*, p. 778.]

■ DONALD MORTON, Respondent, v. MARYLAND CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without prejudice to an application to this court for reargument of the appeal from the order granting examination before trial, after the hearing and determination by the Court of Appeals of the appeal from the order granting summary judgment and dismissing the complaint. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See *ante*, p. 116.]

■ DANIEL CERRONE, JR., an Infant, by His Guardian ad Litem, DANIEL A. CERRONE, SR., et al., Appellants, v. ATLANTIC OIL BURNER CORP. et al., Respondents.— Appeal from an order denying appellants' motion to correct the stenographer's minutes of a trial by adding thereto a portion of the summation allegedly omitted therefrom. Order affirmed, without costs. No opinion. Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.